# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 26-3616

**Case Name** | Paul Frank Limited v. Grand Union International Trading Limited

**Counsel submitting this form** | Garrett S. Llewellyn (SBN 267427)

**Represented party/parties** | Paul Frank Limited

*Briefly describe the dispute that gave rise to this lawsuit.*

This dispute arose from a Petition to Vacate Arbitration Award filed by Appellant Paul Frank Limited ("Paul Frank"). Consistent with the California Arbitration Act, Paul Frank filed a timely Petition to vacate the award in California state court. Paul Frank argued that the arbitration award must be vacated because the arbitrator exceeded her powers under the operative contract between the parties, and because the arbitrator refused to postpone the hearing and hear material evidence which substantially prejudiced Paul Frank's rights. Alternatively, Paul Frank argued that the award should be corrected with regard to the award of post-judgment interest and the termination and enforceability of the contract. Appellee Grand Union International Trading Limited removed the case to the Central District of California and then filed a Motion to Dismiss the Petition and a Cross-Motion to Confirm Arbitral Award.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

On April 30, 2026, the district court dismissed the Petition as untimely under the Federal Arbitration Act and granted Grand Union's Motion to Confirm. The main issues on appeal include the timeliness of the Petition and the grounds to vacate, correct, and/or confirm the award.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court entered a final judgment, so there are no proceedings remaining below. There are no related proceedings in other United States tribunals.

**Signature** /s/ Garrett S. Llewellyn     **Date** June 9, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                        *Rev. 09/01/22*

2